AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DESMOND LEE WHIPPLE, SR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 423-200

COASTAL STATE PRISON,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 17, 2023, Whipple's complaint is dismissed for failure to state a claim upon which relief can be granted, and, because the events alleged occurred approximately five years ago, it does not appear amendable. This case stands closed.

Approved by: /s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

August 18, 2023
Date

John E. Triplett, Clerk of Court
Clerk

/s/ Jamie Sabalza
(By) Deputy Clerk

GAS Rev 10/2020